# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

HAWAII LEGAL SHORT-TERM
RENTAL ALLIANCE,

      Plaintiff,

      V.

CITY AND COUNTY OF
HONOLULU, *et al.,*

      Defendants.

JUDGMENT IN A CIVIL CASE

Case: CV 22-00247-DKW-RT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 21, 2023

At 3 o'clock and 55 min p.m.
LUCY H. CARRILLO, CLERK

[ ]    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]    **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      On December 21, 2023, the Court issued its "ORDER (1) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND (2) DENYING AS MOOT DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT," ECF No. 85 (December 21, 2023 Order).

      IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Hawaii Legal Short-Term Rental Alliance ("HILSTRA"). HILSTRA's Summary Judgment is GRANTED with respect to Count I, but the scope of the resulting permanent injunction is limited to the following extent: The City and County of Honolulu; the Department of Planning and Permitting; Dawn Takeuchi-Apuna in her official capacity as Director of the Department of Planning and Permitting; and all their respective officers, agents, servants, employees, and attorneys, and persons in active concert or participation with them, are hereby enjoined from enforcing or implementing Ordinance 22-7, which went into effect October 23, 2022, insofar as it prohibits 30–89 day home rentals lawfully in existence at its effective date, or the advertisement of such rentals, in any district on Oʻahu.

AO 450 (Rev. 5/85) Judgment in a Civil Case                                                    Page 2 of  2

Counts II–X, as explained in the December 21, 2023 Order, are DISMISSED at HILSTRA's request. Accordingly, Defendants' three motions for partial summary judgment, Dkt. Nos. 62, 64 & 66, are DENIED AS MOOT, pursuant to and in accordance with the December 21, 2023 Order.

Further, the Clerk is instructed to CLOSE this case.

| December 21, 2023 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |

| | /s/ LUCY H. CARRILLO by JI |
|---|---|
| | (By) Deputy Clerk |